# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| PEHR J. KOMSTADIUS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-241 |
| | ) |
| UNITED HEALTH GROUP, | ) |
| INCORPORATED et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petitions of Amanda A. Sonneborn and Megan E. Troy of the law firm of Seyfarth Shaw, LLP, 131 South Dearborn Street, Suite 2400, Chicago, Illinois 60603, for permission to appear pro hac vice on behalf of defendants United Health Group, Incorporated et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Amanda A. Sonneborn and Megan E. Troy, as counsel of record for defendants United Health Group, Incorporated et al., in this case.

**SO ORDERED** this __30th__ day of September, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA