IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PEHR J. KOMSTADIUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITEDHEALTH GROUP, ) <br> INCORPORATED; FIDELITY STOCK ) <br> PLAN SERVICES, LLC; and ) <br> FIDELITY BROKERAGE SERVICES, ) <br> LLC; ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV415-241 |

## ORDER

Before the Court is Plaintiff Pehr J. Komstadius's Notice of Voluntary Dismissal Without Prejudice. (Doc. 25.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA